IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MCI WORLDCOM
COMMUNICATIONS, INC.           :       CIVIL ACTION
                               :
       VS.                     :       NO.  02-4402
                               :
                               :

TUCOWS, INC.

## ORDER

AND NOW, this 23rd of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Clarence C. Newcomer to the Honorable Petrese B. Tucker.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court